**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mesa Resources, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7  5 – 2  4  5  1  2  2  7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2140 E. Southlake Blvd., Ste L-640**<br>Number   Street | _____<br>Number   Street |
| _____ | _____<br>P.O. Box |
| **Southlake**          **TX**   **76092**<br>City                State   ZIP Code | _____<br>City                State   ZIP Code |
| **Tarrant**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number   Street |
| | _____<br>City                State   ZIP Code |

5. **Debtor's website (URL)**     **www.mesaresources.com**

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Mesa Resources, Inc.**                                                                Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.    *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                                    MM / DD / YYYY

          District _____  When _____  Case number _____
                                                                    MM / DD / YYYY

          District _____  When _____  Case number _____
                                                                    MM / DD / YYYY

Debtor **Mesa Resources, Inc.**        Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Kevin Chennault**    Relationship **Shareholder/Officer**

District **Eastern District of Texas - Sherman**    When **10/12/2017**
                                                             MM / DD / YYYY

Case number, if known **17-42252**

Debtor _____    Relationship _____

District _____    When _____
                                                             MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                     Number       Street

_____

_____
                     City                State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Mesa Resources, Inc.**                                   Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| --- | --- | --- | --- | --- |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- | --- |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/31/2017**
MM / DD / YYYY

X **/s/ Kevin Chennault** _____     **Kevin Chennault** _____
Signature of authorized representative of debtor     Printed name

Title **President** _____

| 18. | Signature of attorney | X **/s/ Weldon Reed Allmand** _____ | Date **10/31/2017** |
| --- | --- | --- | --- |
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Weldon Reed Allmand** _____
Printed name

**Allmand Law Firm, PLLC** _____
Firm name

**860 Airport Freeway, Suite 401** _____
Number          Street

_____

**Hurst** _____     **TX** ____     **76054** ____
City                               State         ZIP Code

**(214) 265-0123** _____     **questions@allmandlaw.com** _____
Contact phone                          Email address

**24027134** _____     _____
Bar number                            State

**Fill in this information to identify the case**

Debtor name    **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property        12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Checking account ending 6736** | **Checking account** | 6   7   3   6 | $334.10 |

4. **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $334.10 |

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    **Mesa Resources, Inc.**            Case number (if known) _____
       Name

| | | Current value of debtor's interest |
|---|---|---|

**7. Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9. Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.             **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    **$0.00**    −    **$0.00**    = ............ →    **$0.00**
                face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    **$0.00**    −    **$0.00**    = ............ →    **$0.00**
                face amount            doubtful or uncollectible accounts

**12. Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$0.00**

## Part 4: Investments

**13. Does the debtor own any investments?**

     ☐ No. Go to Part 5.
     ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

14.1.   **ETrade Account**
       **12 shares of Arena Pharmeceuticals Inc value $306.00**
       **1,000,000 shares of Protocall Technologies, Inc value $100.00**            **$425.66**

14.2.   **Charles Schwab Account**                                   **$73.19**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                        % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17. Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.          **$498.85**

Debtor __**Mesa Resources, Inc.**_____     Case number (if known) _____
       Name

### Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

                                                              **$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method_____   Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| 29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

                                                              **$0.00**

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method_____   Current value _____

Debtor    **Mesa Resources, Inc.**                                    Case number (if known) _____
          Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Small computer table ($50)** | | | |
| **Leather desk chair ($500)** | | | |
| **Dell PC ($20)** | | | |
| **Mac PC ($500)** | | | |
| **HP 645 Printer ($20)** | | | **$1,090.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                   $1,090.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Porsche Panamera is titled in Kevin Chennault, not Mesa Resources Inc.  Kevin Chennault is in active bankruptcy case 17-42252-BTR-7 and is surrendering his interest.** | | | **$0.00** |

Debtor **Mesa Resources, Inc.**  Case number (if known) _____
Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Down hole pump**
**3400 feet of rod and tubing**
**Well head**

**Installed in 1 well, Marshall Young Stafford 26-2**
**Well.** $4,000.00

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $4,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

Debtor **Mesa Resources, Inc.**                                    Case number (if known) _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| www.mesaresources.com | $0.00 | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |
| **66. Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76. Trusts, equitable or future interests in property** | |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Mineral lease in Okfuskee County at Stafford Ranch.**<br>**Mesa Resources, Inc owns 80.25% of the NRI (net revenue interest) on 320 acres, in sections 23 & 26 (which are contiguous). A mineral lease that is HBP (held by production). The current lease is expired and is considered HBP. Mesa Resources owns no interest in the producing wells.** | $30,000.00 |

Debtor <u>**Mesa Resources, Inc.**</u>                                 Case number (if known) _____
　　　　　Name

3 well bores, 1 located in section 23 and 2 located in section 26.  These 3 were transferred to
Mesa Resources, Inc by Revilo Operating in 2011.  Value is only in re-enterprise specs.  There
is no value if you don't produce it and wells are not currently producing.                                    $0.00

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                      | $30,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $334.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $498.85 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,090.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.  91a. | $35,922.95 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 .................................................    | $35,922.95 |

**Fill in this information to identify the case:**

Debtor name __**Mesa Resources, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>**North Dallas Bank and Trust** | Describe debtor's property that is<br>subject to a lien | $110,600.00 | $89,460.00 |
|---|---|---|---|

Creditor's mailing address
**P.O. Box 679001**

**2015 Porsche Panamera**

Describe the lien
**Agreement**

__Dallas           TX    75367-9001__

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number          2   2   9   0

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2015 Porsche Panamera is titled in Kevin Chennault, not Mesa Resources Inc.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**          $110,600.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Mesa Resources, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

   Total claim          Priority amount

Debtor    **Mesa Resources, Inc.**               Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

$26,247.00

**Amex**

**P O Box 7871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Lauderdale**      **FL**    **33329**    **Credit Card**

Date or dates debt was incurred    **08/26/2015**

**Is the claim subject to offset?**

Last 4 digits of account number    **0 3 9 3**

☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

**Amir Virani**

**C/O Virani Family Limited Partnership**

**18108 Peppy Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75252**    **Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

$300,000.00

**Anwar Hamdani**

**Yilla 12, Street 34B, Barsha 3**

**P OBox 454620**

**Dubai UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:** *Check all that apply.*

$150,000.00

**Austin Allgaier**

**248 Foster Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Oswego**      **IL**    **60543**    **Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor **Mesa Resources, Inc.** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |

**Bob & Cynthia Prange**

**118 Kiowa Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

**Gainesville**     **TX**     **76240**

Date or dates debt was incurred    **2010-2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Catherine Hynek**

**18124 Peppy Place**

**75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |

**CF0005 LLC**

**Attn Manfred Sternberg**

**4550 Post Oak Place #119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

**Houston**     **TX**     **77027**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385,000.00 |

**Crude Funders LLC**

**1601 Elm Street #4245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

**Dallas**     **TX**     **75201**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __**Mesa Resources, Inc.**_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Donald W Henson**

**Attorney At Law**

**PO Box 993**

**Okmulgee**                    **OK**      **74447**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$425.00

---

| 3.10 | **Nonpriority creditor's name and mailing address** |
|---|---|

**ED Milligan**

**1800 Jayell Drive. Suite 100**

**Richardson**                    **TX**      **75081**

Date or dates debt was incurred          **2009-2017**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

---

| 3.11 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Elmer Stricker**

**C/O Stricker Construction**

**6700 Columbine Way**

**Plano**                    **TX**      **75024**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

---

| 3.12 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Felix Shalit**

**11548 Willow Springs Drive**

**Zionsville**                    **IN**      **46077**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

Debtor    **Mesa Resources, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                           **Amount of claim**

**3.13**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        **$1,767.50**
*Check all that apply.*

**Hamilton Oilfield Services, Inc.**           ☐ Contingent

**PO Box 60438**          ☐ Unliquidated

         ☐ Disputed

         Basis for the claim:

**San Angelo**        **TX**    **76906**      **Business Debt**

Date or dates debt was incurred    **6/26/2017**      Is the claim subject to offset?

Last 4 digits of account number    **S O P E**      ☑ No
         ☐ Yes

---

**3.14**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        **$55,000.00**
*Check all that apply.*

**Jeremy Petty**           ☐ Contingent

**4008 Holland Ave, Suite C**          ☐ Unliquidated

         ☐ Disputed

         Basis for the claim:

**Dallas**        **TX**    **75219**      **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
         ☐ Yes

---

**3.15**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        **$250,000.00**
*Check all that apply.*

**Jerry Perczyk**           ☐ Contingent

**27 Billabong Drive**          ☐ Unliquidated

**Pearson VIC, Austraila**          ☐ Disputed

         Basis for the claim:

         **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
         ☐ Yes

---

**3.16**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        **$250,000.00**
*Check all that apply.*

**Justin Adams**           ☐ Contingent

**C/O Suntrust, Robinson, Humphrey**          ☐ Unliquidated

**3333 Peachtree Road, NE 10th Floor**          ☐ Disputed

         Basis for the claim:

**Atlanta**        **GA**    **30326**      **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
         ☐ Yes

Debtor  **Mesa Resources, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Kelly Buster**

**2828 Hood Street, Apt 708**

_____

**Dallas**                    **TX**      **75219**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$260,000.00**

| 3.18 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Kevin Chennault**

**2140 E. Southlake Blvd., Ste L640**

_____

**Southlake**                **TX**      **76092**

Date or dates debt was incurred    **06/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Personal Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

| 3.19 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Kevin Chennault**

**2140 E. Southlake Blvd., Ste L640**

_____

**Southlake**                **TX**      **76092**

Date or dates debt was incurred    **12/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Personal Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

| 3.20 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Lynn Kishaba**

**336 Indian Creek Dr.**

_____

**Trophy Club**              **TX**      **76262**

Date or dates debt was incurred    _____

Last 4 digits of account number    __X__ __X__ __X__ __X__

**Investment money**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$225,000.00**

Debtor **Mesa Resources, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.21** Nonpriority creditor's name and mailing address

**$11,000.00**

**Lynn Kishaba**

**336 Indian Creek Dr.**

**Trophy Club**    **TX**   **76262**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Personal Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.22** Nonpriority creditor's name and mailing address

**$98,600.00**

**Mark & Peter Griffith**

**105 Tanyard Lane**

**Huntington**    **NY**   **11743**

Date or dates debt was incurred **2009-2017**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.23** Nonpriority creditor's name and mailing address

**$400,000.00**

**Mesa Marshall #1-2 GP**

**Attn Manfred Sternberg**

**4550 Post Oak Place #119**

**Houston**    **TX**   **77027**

Date or dates debt was incurred **2017**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.24** Nonpriority creditor's name and mailing address

**$100,000.00**

**Michael Stanley**

**6712 Zermatt Ct**

**Colleyville**    **TX**   **76034**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor  **Mesa Resources, Inc.**  Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$377,219.00

**Osprey Oil & Gas, LLC**

☐ Contingent

**Lauro Cantu**

☐ Unliquidated

**10406 Marble Crest Drive**

☐ Disputed

Basis for the claim:

**Houston**  TX  77011  **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$3,525.00

**P&L Consultants**

☐ Contingent

**Financial and Tax Consultants**

☐ Unliquidated

**1445 MacArthur Drive, Suite 264**

☐ Disputed

Basis for the claim:

**Carrollton**  TX  75007  **Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.27** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$600,000.00

**Palwan Energy, LLC**

☐ Contingent

**874 Yorkchester Dr. #112**

☑ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**  TX  77079  **Business venture**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **X   X   X   X**

☑ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$1,500.00

**PSI Wireline, Inc**

☐ Contingent

**3524 Knickerbocker Road, Suite C-304**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**San Angelo**  TX  76904  **Business Debt**

Date or dates debt was incurred  **7/22/2017**

Is the claim subject to offset?

Last 4 digits of account number  **7   8   2   3**

☑ No
☐ Yes

Debtor **Mesa Resources, Inc.**            Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

PSI Wireline, Inc

3524 Knickerbocker Road, Suite C-304

San Angelo      TX     76904

Date or dates debt was incurred

Last 4 digits of account number   7   8   4   6

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,720.00**

**3.30** Nonpriority creditor's name and mailing address

PSI Wireline, Inc

3524 Knickerbocker Road, Suite C-304

San Angelo      TX     76904

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$8,720.00**

**3.31** Nonpriority creditor's name and mailing address

Rajan Shah

3825 Graphic Place

Plano      TX     75075

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$55,000.00**

**3.32** Nonpriority creditor's name and mailing address

Raptor Oil and Gas, LLC

Attn/ Jsaon Jackovich, and Lauro Cantu

999 E Base Road, PMB 467

San Antonio      TX     78209

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$400,000.00**

Debtor **Mesa Resources, Inc.** Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,500.00 |

**Tinsley Drilling & Company, Inc**

**PO Box 1095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Melvin** | **TX** | **76858** | **Business Debt** |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number     3   6   1   7

☑ No
☐ Yes

Debtor **Mesa Resources, Inc.** _____ Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1 **Knik Energy**
**Attn John Mink**
**177 East Bunnell Ave**

**Homer            AK     99603**

Line _____

☑ Not listed. Explain:
**Business Debt**

__ __ __ __

4.2 **Osprey Oil & Gas, LLC**
**2100 Westt Loop S. Suite 900**

**Houston        TX     77027**

Line _____

☑ Not listed. Explain:
**Business Debt**

__ __ __ __

4.3 **Osprey Oil & Gas, LLC**
**Lauro Cantu**
**10406 Marble Crest Drive**

**Houston        TX     77011**

Line _____

☑ Not listed. Explain:
**Business Debt**

__ __ __ __

4.4 **Palwan Energy, LLC**
**Attn: Aibiula Yamaimaiti Manager**
**Thomas Adill aka Energy Yarik Habib**
**874 Yorkchester Drive, #112**
**Houston        TX     77079**

Line _____

☑ Not listed. Explain:
**Business Debt**

__ __ __ __

4.5 **Palwan Energy, LLC**
**25931 Clifton Pl**

**Stevenson Ranch     CA     91381**

Line _____

☑ Not listed. Explain:
**Business Venture Debt**

**X   X   X   X**

4.6 **Palwan Energy, LLC**
**C/O Thomas Adili**
**874 Yorkchester Dr. #112**

**Houston        TX     77079**

Line _____

☑ Not listed. Explain:
**Business Venture**

**X   X   X   X**

Debtor   **Mesa Resources, Inc.**                                      Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **Palwan Energy, LLC**<br>**C/O Yarik Habib**<br>**874 Yorkchester Dr. #112**<br><br>**Houston          TX      77079** | Line _____<br>☑ Not listed.  Explain:<br>**Business Venture** | **X  X  X  X** |
| 4.8 | **Palwan Energy, LLC**<br>**C/O Aibibula Yamaimaiti**<br>**874 Yorkchester Dr. #112**<br><br>**Houston          TX      77079** | Line _____<br>☑ Not listed.  Explain:<br>**Business Venture** | **X  X  X  X** |
| 4.9 | **PSI Wireline, Inc**<br>**3524 Knickerbocker Road, Suite C-304**<br><br><br>**San Angelo          TX      76904** | Line _____<br>☑ Not listed.  Explain:<br>**Business Debt** | __ __ __ __ |
| 4.10 | **PSI Wireline, Inc**<br>**3524 Knickerbocker Road, Suite C-304**<br><br><br>**San Angelo          TX      76904** | Line _____<br>☑ Not listed.  Explain:<br>**Business Debt** | **7  8  4  6** |
| 4.11 | **Raptor Oil and Gas, LLC**<br>**Attn/ Jason Jackovich, and Lauro Cantu**<br>**999 E Base Road, PMB 467**<br><br>**San Antonio          TX      78209** | Line _____<br>☑ Not listed.  Explain:<br>**Business Debt** | __ __ __ __ |

Debtor    **Mesa Resources, Inc.**                                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**                          5a.                    **$0.00**

5b.  **Total claims from Part 2**                          5b. **+**          **$5,768,223.50**

5c.  **Total of Parts 1 and 2**                            5c.                **$5,768,223.50**
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    _____    Chapter   **7**
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Mineral lease in Okfuskee County at Stafford Ranch.** **Mesa Resources, Inc owns 80.25% of the NRI (net revenue interest) on 320 acres, in sections 23 & 26 (which are contiguous). See sched B Contract to be ASSIGNED** | Darr Angel |
| --- | --- | --- | --- |
| | | | Lovington, NM |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| **Fill in this information to identify the case:** |
| --- |

Debtor name   **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1** **Kevin Eugene Chennault** | **4445 Jenning Drive**<br>Number   Street<br><br>**Plano**   **TX**  **75093**<br>City   State  ZIP Code | **Amex** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** **Kevin Eugene Chennault** | **4445 Jenning Drive**<br>Number   Street<br><br>**Plano**   **TX**  **75093**<br>City   State  ZIP Code | **Amex** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** **Kevin Eugene Chennault** | **4445 Jenning Drive**<br>Number   Street<br><br>**Plano**   **TX**  **75093**<br>City   State  ZIP Code | **Amir Virani** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4** **Kevin Eugene Chennault** | **4445 Jenning Drive**<br>Number   Street<br><br>**Plano**   **TX**  **75093**<br>City   State  ZIP Code | **Anwar Hamdani** | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Mesa Resources, Inc.**                                    Case number (if known) _____

▉ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | Column 2:  Creditor |
| --- | --- |

|  | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.5 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | Austin Allgaier | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | Bob & Cynthia Prange | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | Catherine Hynek | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | CF0005 LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | Crude Funders LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | Donald W Henson | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Kevin Eugene Chennault | 4445 Jenning Drive<br>Number    Street<br><br>Plano          TX   75093<br>City                  State   ZIP Code | ED Milligan | ☐ D<br>☑ E/F<br>☐ G |

Debtor  __**Mesa Resources, Inc.**_____  Case number (if known) _____

---

███ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|
| 2.12  **Kevin Eugene Chennault** | **4445 Jenning Drive**<br>Number        Street<br><br>**Plano**            **TX**  **75093**<br>City                    State   ZIP Code | **Elmer Stricker** | ☐ D<br>☑ E/F<br>☐ G |
| 2.13  **Kevin Eugene Chennault** | **4445 Jenning Drive**<br>Number        Street<br><br>**Plano**            **TX**  **75093**<br>City                    State   ZIP Code | **Felix Shalit** | ☐ D<br>☑ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor Name **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................ | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................ | **$35,922.95**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B............................................................ | **$35,922.95**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$110,600.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................. | **+ $5,768,223.50**

4. **Total liabilities**
    Lines 2 + 3a + 3b............................................................................................ | **$5,878,823.50**

**Fill in this information to identify the case and this filing:**

Debtor Name **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/31/2017**       X **/s/ Kevin Chennault**
MM / DD / YYYY            Signature of individual signing on behalf of debtor

                **Kevin Chennault**
                Printed name

                **President**
                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From **01/01/2017** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other | |
   | For prior year: | From **01/01/2016** to<br>MM / DD / YYYY | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$154,504.00** |
   | For the year before that: | From **01/01/2015** to<br>MM / DD / YYYY | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$787,832.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

---

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

---

Debtor  **Mesa Resources, Inc.**                                    Case number (if known) _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **DIFFA**<br>Recipient's name<br>**2050 N. Stemmons Fry**<br>Street | **$7,500 donation** | **April 2016** | **$7,500.00** |
| **Dallas**          **TX**    **75207**<br>City          State   ZIP Code | | | |
| **Recipient's relationship to debtor**<br>**None** | | | |

Debtor      **Mesa Resources, Inc.**                                                    Case number (if known) _____
            _____
            Name

| Part 5: | Certain Losses |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.** **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12.** **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.** **Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14.** **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor    **Mesa Resources, Inc.**                          Case number (if known) _____
          Name

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or
other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
     ☐ No. Go to Part 10.
     ☐ Yes. Fill in below:

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit,
closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage
houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before
filing this case.

☒ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a
building in which the debtor does business.

☒ None

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
in trust.  Do not list leased or rented property.

☒ None

Debtor **Mesa Resources, Inc.**      Case number (if known) _____
<br>Name

---

**Part 12:**    **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

     ☒ No
<br>     ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☒ No
<br>     ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☒ No
<br>     ☐ Yes. Provide details below.

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ☒ None

26. **Books, records, and financial statements**

     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

         ☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Sleeb Inc/dba P&L Consultants** <br>Name <br> **1445 MacArthur Dr., Ste 264** <br>Street | From **2015** To **Present** |
| | **Carrollton**      **TX**    **75007** <br> City      State    ZIP Code | |

Debtor **Mesa Resources, Inc.**                    Case number (if known) _____
           Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

Debtor  **Mesa Resources, Inc.**                          Case number (if known) _____
         Name

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/31/2017**
              MM / DD / YYYY

**X** **/s/ Kevin Chennault**                              Printed name  **Kevin Chennault**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Mesa Resources, Inc.**

Case No. _____

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................   **$1,500.00**

   Prior to the filing of this statement I have received.........................................................   **$165.00**

   Balance Due..............................................................................................................   **$1,335.00**

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __10/31/2017__ | __/s/ Weldon Reed Allmand__ |
| *Date* | *Weldon Reed Allmand*     Bar No. 24027134 |
| | Allmand Law Firm, PLLC |
| | 860 Airport Freeway, Suite 401 |
| | Hurst, TX 76054 |
| | Phone: (214) 265-0123 / Fax: (214) 265-1979 |

---

__/s/ Kevin Chennault__

*Kevin Chennault*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Mesa Resources, Inc.**                                      CASE NO

                                                                       CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/31/2017 _____          Signature  _/s/ Kevin Chennault_____
                                                          **Kevin Chennault**
                                                          **President**

Date _____          Signature _____

Amex
P O Box 7871
Fort Lauderdale, FL 33329


Amir Virani
C/O Virani Family Limited Partnership
18108 Peppy Place
Dallas, TX 75252


Anwar Hamdani
Yilla 12, Street 34B, Barsha 3
P OBox 454620
Dubai UAE


Attorney General of Texas
Bankruptcy Collection Division
PO Box 12017
Austin, TX 78711


Austin Allgaier
248 Foster Drive
Oswego, IL 60543


Bob & Cynthia Prange
118 Kiowa Drive
Gainesville, TX 76240


Catherine Hynek
18124 Peppy Place
75252


CF0005 LLC
Attn Manfred Sternberg
4550 Post Oak Place #119
Houston, TX 77027


Crude Funders LLC
1601 Elm Street #4245
Dallas, TX 75201

Darr Angel
Lovington, NM

Donald W Henson
Attorney At Law
PO Box 993
Okmulgee, OK 74447

ED Milligan
1800 Jayell Drive. Suite 100
Richardson, TX 75081

Elmer Stricker
C/O Stricker Construction
6700 Columbine Way
Plano, TX 75024

Felix Shalit
11548 Willow Springs Drive
Zionsville, IN 46077

Hamilton Oilfield Services, Inc.
PO Box 60438
San Angelo, TX 76906

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Jeremy Petty
4008 Holland Ave, Suite C
Dallas, TX 75219

Jerry Perczyk
27 Billabong Drive
Pearson VIC, Austraila

Justin Adams
C/O Suntrust, Robinson, Humphrey
3333 Peachtree Road, NE 10th Floor
Atlanta, GA 30326

Kelly Buster
2828 Hood Street, Apt 708
Dallas, TX 75219

Kevin Chennault
2140 E. Southlake Blvd., Ste L640
Southlake, TX 76092

Kevin Eugene Chennault
4445 Jenning Drive
Plano, TX 75093

Knik Energy
Attn John Mink
177 East Bunnell Ave
Homer, AK 99603

Lynn Kishaba
336 Indian Creek Dr.
Trophy Club, TX 76262

Mark & Peter Griffith
105 Tanyard Lane
Huntington, NY 11743

Mesa Marshall #1-2 GP
Attn Manfred Sternberg
4550 Post Oak Place #119
Houston, TX 77027

Michael Stanley
6712 Zermatt Ct
Colleyville, TX 76034

North Dallas Bank and Trust
P.O. Box 679001
Dallas,  TX 75367-9001


Osprey Oil & Gas, LLC
Lauro Cantu
10406 Marble Crest Drive
Houston, TX 77011


Osprey Oil & Gas, LLC
2100 Westt Loop S. Suite 900
Houston, TX 77027


P&L Consultants
Financial and Tax Consultants
1445 MacArthur Drive, Suite 264
Carrollton, TX 75007


Palwan Energy, LLC
874 Yorkchester Dr. #112
Houston, TX 77079


Palwan Energy, LLC
C/O Aibibula Yamaimaiti
874 Yorkchester Dr. #112
Houston, TX 77079


Palwan Energy, LLC
C/O Yarik Habib
874 Yorkchester Dr. #112
Houston, TX 77079


Palwan Energy, LLC
C/O Thomas Adili
874 Yorkchester Dr. #112
Houston, TX 77079


Palwan Energy, LLC
25931 Clifton Pl
Stevenson Ranch, CA 91381

Palwan Energy, LLC
Attn: Aibiula Yamaimaiti Manager
Thomas Adill aka Energy Yarik Habib
874 Yorkchester Drive, #112
Houston, TX 77079

PSI Wireline, Inc
3524 Knickerbocker Road, Suite C-304
San Angelo, TX 76904


Rajan Shah
3825 Graphic Place
Plano, TX 75075


Raptor Oil and Gas, LLC
Attn/ Jsaon Jackovich, and Lauro Cantu
999 E Base Road, PMB 467
San Antonio, TX 78209

Raptor Oil and Gas, LLC
Attn/ Jason Jackovich, and Lauro Cantu
999 E Base Road, PMB 467
San Antonio, TX 78209


Texas Alcoholic Beverage Comm
Licences and Permits Division
P.O. Box 13127
Austin, TX 78711-3127


Tinsley Drilling & Company, Inc
PO Box 1095
Melvin, TX 76858


United States Attorney - NORTH
3rd Floor, 1100 Commerce St.
Dallas, TX 75242