**Fill in this information to identify the case:**

Debtor **Mesa Resources, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-44400-7**
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | _____ | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(___) | ☐ Yes | | |

Debtor     **Mesa Resources, Inc.**        Case number (if known)   **17-44400-7**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,732.93 |
|---|---|---|---|

**G&F Oil Inc**

**3812 Linkwood Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Aledo** | **TX** | **76008** |
|---|---|---|

**Services**

Date or dates debt was incurred    **9/30/17**

**Is the claim subject to offset?**

Last 4 digits of account number    **2   3   9   2**

☑ No
☐ Yes

Debtor   **Mesa Resources, Inc.**   Case number (if known)   **17-44400-7**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$10,732.93** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$10,732.93** |